Charles Bremer, as General Guardian, Respondent, v. Casper Weisbecher, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

Charles A. Hinman and another, Respondents, v. William D. Dunning and another, as Executors, etc., Appellants. — Judgment and order affirmed. Opinion by Haight, J.

Thomas Murphy, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed. Opinion by Haight, J.; Hardin, J., concurs; Smith, P. J., concurs in result.

Genesee River National Bank, Appellant, v. Margaret M. Meade, individually and as Executrix, etc., Respondent. — Judgment affirmed, with costs. Opinion by Hardin, J.

Kelsey Todd, as Executor, etc., Appellant, v. The United States Life Insurance Company in the City of New York, Respondent. — Declined to be heard, on the ground that there is no evidence in the appeal papers that the case has been settled by the trial judge.

Alice Connelley, Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. Smith, P. J., not participating in the decision.

Amelia Plopper, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order appealed from reversed and new trial ordered, costs to abide event. Opinion by Haight, J.

James McKechnie and another, Appellants, v. Henry Standish, Respondent. — So much of the judgment as is appealed from reversed and new trial ordered, costs to abide event. Opinion by Hardin, J.; Smith, P. J., not participating in the decision.

Oscar F. Eaton, Receiver, etc., Respondent, v. Joseph Palmer, Appellant. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Haight, J.

Patrick Fleming, Respondent, v. The Village of Suspension Bridge, Appellant.—Judgment affirmed. Opinion by Haight, J.

Samuel W. Nash, Respondent, v. White's Bank of Buffalo, Appellant. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Smith, P. J.

The Same, Respondent, v. The Manufacturers and Traders' Bank, Appellant. — The like order as in the last preceding case.

Nelson Beardsley, Appellant, v. Ellen E. Dixon and others, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, J.